# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON D. STODDART-CORDOVA,<br><br>Plaintiff<br><br>v.<br><br>MATHEW HARTER, et al.,<br><br>Defendants | Case No.: 2:19-cv-00436-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6 |

On April 29, 2019, Magistrate Judge Koppe recommended that I dismiss plaintiff Aaron D. Stoddart-Cordova's amended complaint with prejudice. ECF No. 6. Mr. Stoddart-Cordova objects to that recommendation. ECF No. 7.

I have conducted a de novo review of the issues set forth in Judge Koppe's Report and Recommendation under Local Rule IB 3-2. The Report and Recommendation sets forth the proper legal analysis and factual basis for the decision, and I accept and adopt it as my own. In addition, Judge Koppe's prior order pointed out several defects in the original complaint, including that the defendants are entitled to immunity. ECF No. 3. Mr. Stoddart-Cordova has not cured those defects in his amended complaint, nor can he based on the defendants' immunity.

I THEREFORE ORDER that the Report and Recommendation **(ECF No. 6) is accepted** and this case is DISMISSED with prejudice. The clerk of the court shall enter Judgment accordingly and close this file.

DATED this 21st day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE